# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARION HECHT, AS RECEIVER** | : | |
| **FOR JOSEPH FORTE, L.P.,** | : | |
| | : | |
| v. | : | CIVIL NO. 10-7441 |
| | : | |
| **MF GLOBAL, INC.** | : | |

## ORDER

**AND NOW**, this 4th day of April, 2012, it is hereby **ORDERED** that the above-captioned matter shall be placed in suspense pending the outcome of trusteeship proceedings in Securities Investor Protection Corp. v. MF Global Inc., No. 11-7750 (S.D.N.Y. filed Oct. 31, 2011).

It is further **ORDERED** that this case shall be closed for statistical purposes.

                            **IT IS SO ORDERED.**

                            */s/ Paul S. Diamond*
                            _____
                            **Paul S. Diamond, J.**